IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

This Document Relates to Plaintiff(s)

RICHARD SANTIAGO

Civil Case #_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Richard Santiago

2. Spousal Plaintiff/Deceased Party's Spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (I.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New York

5. Plaintiff's/Deceased Party's state of resident at the time of injury:

   New York

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Eastern District of Virginia, Newport News Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other:

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. § 1391 in the federal judicial district of Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. § 1391.

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

11. Date of implantation as to each product:

December 3, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

St. Barnabas Hospital

Bronx, New York

13. Implanting Physician(s):

Carlos A. Tulla, M.D.

14. Counts in the Master Complaint Brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Ohio Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other:

☐ Other:

15. Attorney for Plaintiff(s):

Walter Kelley and Jeffrey DeCarlo

16. Address and bar information for Attorney for Plaintiff(s):

| Walter Kelley, BBO #670525 | Jeffrey D. DeCarlo, FBN #56390 |
|---|---|
| Bernheim Kelley Battista, LLC | Bernheim Kelley Battista, LLC |
| Four Court Street | 1212 E. Broward Blvd., 3rd Floor |
| Plymouth, Massachusetts 02360 | Fort Lauderdale, FL 33301 |

Dated: January 12, 2024

Respectfully submitted,
Counsel for Plaintiff,

/s/ Walter Kelley
Walter Kelley, BBO: 670525
BERNHEIM KELLEY & BATTISTA, LLC
Four Court Street
Plymouth, Massachusetts 02360
(617) 865-3659
wkelley@realjustice.com


/s/ Jeffrey D. DeCarlo
Jeffrey D. DeCarlo, FBN: 56390
BERNHEIM KELLEY & BATTISTA, LLC
1212 E. Broward Blvd., 3rd Floor
Fort Lauderdale, FL 33301
(954) 866-1111
JDeCarlo@realjustice.com